UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONISHA SHARDE GAINES,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>  Defendant. | Case No. 24-cv-01280-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Ronisha Sharde Gaines initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). On March 15, 2024, the Court granted Plaintiff's in forma pauperis application but found the complaint deficient under 28 U.S.C. § 1915(e). ECF No. 5. The Court directed Plaintiff to file a first amended complaint curing the deficiencies identified in the screening order by April 12, 2024. The Court warned that if Plaintiff failed to cure the deficiencies, the case would be reassigned to a district judge with a recommendation for dismissal. Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Ronisha Sharde Gaines to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 3, 2024. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 19, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge